

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 22, 2022

**By ECF**

The Honorable Sarah L. Cave
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Remer v. Becerra et al.*, No. 22 Civ. 1955 (SLC)

Dear Judge Cave:

      This Office represents Xavier Becerra, in his official capacity as Secretary of Health and Human Services (the "Government") in the above-referenced employment discrimination action brought by *pro se* plaintiff Janis R. Remer ("Plaintiff").  We write to respectfully request a brief adjournment of the initial case management conference currently scheduled for September 20, 2022 (ECF No. 13).

      I am the Assistant United States Attorney assigned to handle this matter and I have two previously scheduled court conferences before the Honorable Cecelia G. Morris, United States Bankruptcy Court, on September 20, 2022, at 9:00 A.M.  Accordingly, the Government respectfully requests that the initial conference be adjourned from September 20, 2022, to September 22 or 23, 2022, or to a date convenient to the Court.

      This is the Government's first request for an adjournment of the conference.  The Plaintiff consents to this request and is available on September 22 or 23, 2022.

      We thank the Court for its consideration of this request.

---

The Secretary's letter-motion seeking to adjourn the initial case management conference (the "Conference") (ECF No. 14) is GRANTED, and the Conference is ADJOURNED to **Wednesday, September 21, 2022 at 12:00 p.m.** All other terms of the original scheduling order (ECF No. 13) remain in effect.

The Clerk of the Court is respectfully directed to (i) close ECF No. 14, and (ii) mail a copy of this order to Plaintiff at the below address. The Plaintiff is reminded that any communications with the Court must be made through ECF filing, not email to the Court.

SO ORDERED 08/23/22

<u>Mail</u> To:  209-80 18th Ave.
          Apt. 6D
          Bayside, NY 11360

_____
SARAH L. CAVE
United States Magistrate Judge