UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANIS R. REMER,

                      Plaintiff,

-v-

XAVIER BECERRA ET AL.,

                      Defendant.

CIVIL ACTION NO.: 22 Civ. 1955 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic initial case management conference held today, November 21, 2022, the Court orders as follows:

1. Initial requests for production, interrogatories, and initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1),[1] must be served no later than **January 16, 2023** and responses shall be due within 30 days of service, and, in any event, no later than **February 15, 2023**. All subsequent requests for production and interrogatories must be served no later than 30 days before the face discovery deadline in paragraph (2), infra.

2. All fact discovery must be completed by **May 1, 2023**. Within one week of the close of fact discovery, that is **May 8, 2023**, the parties must file a joint letter on the docket certifying that fact is discovery is complete.

---

[1] See Rule 26. Duty to Disclose; General Provisions Governing Discovery, LII LEGAL INFORMATION INSTITUTE, https://www.law.cornell.edu/rules/frcp/rule_26 (last visited Nov. 21, 2022).

3. A telephonic status conference is scheduled for **Monday, April 17, 2023, at 11:00 a.m.** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

4. At the parties' request, the Court refers this matter to the Honorable Robert W. Lehrburger for a settlement conference to take place in the second half of February 2023.  The parties shall anticipate a scheduling order from Judge Lehrburger in due course.  The parties are encouraged to continue their informal settlement negotiations in the meantime.

Dated:   New York, New York
         November 21, 2022

                                        SO ORDERED.

                                        _____
                                        **SARAH L. CAVE**
                                        **United States Magistrate Judge**

Mail To:   Janis R. Remer
           209-80 18th Ave.
           Apt. 6D
           Bayside, NY 11360