```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Janis R. Remer,

                        Plaintiff,

      - against -

Xavier Becerra., et al.,

                       Defendants.
-------------------------------------------------------------X

22-cv-1955 (SLC) (RWL)

**SETTLEMENT**
**CONFERENCE ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A settlement conference before Judge Robert W. Lehrburger is hereby re-scheduled for **March 15, 2023, at 2:00 p.m.** in Courtroom 18D, 500 Pearl Street, New York, NY 10007. The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: 2/8/2023
       New York, New York

Copies transmitted this date to all parties of record and mailed to:

  Janis R. Remer (pro se)
  88547 Old HIghway
  Tavernier, Fl. 33070