```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANIS R. REMER,                                             :
                                                            :    22-CV-1955 (SLC) (RWL)
                              Plaintiff,                    :
                                                            :
              - against -                                   :    ORDER
                                                            :
XAVIER BECERRA, et al.,                                     :
                                                            :
                              Defendants.                   :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of Ms. Remer's correspondence concerning finalizing the written memorialization of the parties' settlement agreement. (Dkt. 40.) By May 5, 2023, the parties shall submit by email to chambers (not publicly filed) the most recent drafts/correspondence between the parties addressing the parties' differences.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 2, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1